UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAMES E. PENROD, Jr.,

Plaintiff,

Case No. 25-cv-00268

v.

ANTHONY BARRIERE,
JASON KRUEGER,
KYLE KINZER,
MATTHEW CURI,
PEP MORETTI,
ROBERT CRAWFORD,

Defendants.

---

**NOTICE OF WITHDRAWAL**

---

PLEASE TAKE NOTICE that Attorney Wesley E. Haslam withdraws as counsel for Plaintiff James E. Penrod, Jr. in the above-captioned matter because he has ended his association with law firm of Kravit, Hovel & Krawczyk s.c. Please remove Attorney Wesley E. Haslam from the docket in this case and from the Court's electronic service list. One or more attorneys at Kravit, Hovel & Krawczyk s.c. will continue to represent James E. Penrod, Jr. in this matter.

KRAVIT, HOVEL & KRAWCZYK S.C.

*s/ Wesley E. Haslam*
Wesley E. Haslam
State Bar No. 11121993
*Attorneys for Defendant*

Kravit, Hovel & Krawczyk s.c.
825 North Jefferson Street, Suite 500
Milwaukee, Wisconsin 53202
(414) 271-7100 (phone)
(414) 271-8135 (facsimile)
weh@kravitlaw.com

Dated: August 13, 2026